IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:15-CR-00264 |
| | : | |
| **v.** | : | |
| | : | |
| **KYLE EUGENE GORDON** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, upon consideration of Defendant Kyle Eugene Gordon's *pro se* Motion for relief based on *United States v. Davis*, 139 S. Ct. 2319 (2019), (Doc. 74),

**IT IS HEREBY ORDERED THAT**:

1. The Defendant's motion is **DENIED** for the reasons set forth in the Court's accompanying memorandum; and

2. There is no basis for the issuance of a certificate of appealability.

**SO ORDERED.**

                                             */s/ Sylvia H. Rambo*
                                             SYLVIA H. RAMBO
                                             United States District Judge

Dated: March 10, 2021